UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARAM ADZHIKOSYAN, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**CALLFIRE, INC., C.R. ENGLAND, INC., and KOLD TRANS, LLC,,**<br><br>Defendants. | Case No.: 2:19-CV-00246-PSG-GJS<br><br>CLASS ACTION<br><br>**ORDER RE: STIPULATION OF DISMISSAL OF DEFENDANT CALLFIRE, INC. WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)**<br><br>Assigned to: Hon. Philip S. Gutierrez |

Having considered the parties' Stipulation of Dismissal of Defendant CallFire, Inc. pursuant to Fed. R. Civ. P. Rule 41(a)(1), and good cause appearing therefor, the Court hereby orders that:

1. Defendant CallFire, Inc. is dismissed from the above-captioned action without prejudice; and

2. Each of the parties shall bear his/its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: February 3, 2020

_____
Hon. Philip S. Gutierrez
U.S. District Court Judge