```
                                FILED
                         CLERK, U.S. DISTRICT COURT
                              May 8, 2020
                         CENTRAL DISTRICT OF CALIFORNIA
                         BY:     VPC      DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARAM ADZHIKOSYAN, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br>vs.<br><br>**CALLFIRE, INC., C.R. ENGLAND, INC., and KOLD TRANS, LLC,,**<br><br>Defendants. | Case No.: 2:19-CV-00246-PSG-GJS<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL OF DEFENDANT C.R. ENGLAND, INC. WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS PURSUANT TO F.R.C.P. 41(A)(1)**<br><br>Assigned to: Hon. Philip S. Gutierrez |

Having considered the parties' Stipulation for Dismissal of Defendant C.R. England, Inc. pursuant to Fed. R. Civ. P. Rule 41(a)(1), and good cause appearing therefor, the Court hereby orders that:

1. Defendant C.R. England, Inc. is dismissed from the above-captioned action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class; and

2. Each of the parties shall bear his/its own attorney's fees and costs.

**IT IS SO ORDERED**.

05/08/2020

Dated: _____      _____
                                Hon. Philip S. Gutierrez
                                U.S. District Court Judge