**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Aram Adzhikosyan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM ADZHIKOSYAN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br> vs.<br><br>CALLFIRE, INC., C.R. ENGLAND, INC., and KOLD TRANS, LLC,,<br><br>     Defendants. | Case No.: 2:19-CV-00246-PSG-GJS<br><br>CLASS ACTION<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT KOLD TRANS, LLC AND DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS PURSUANT TO F.R.C.P. 41(A)(1)**<br><br>Assigned to: Hon. Philip S. Gutierrez |

//

//

//

//

//

//

//

//

//

STIPULATION FOR DISMISSAL OF DEFENDANT KOLD TRANS, LLC AND DISMISSAL OF ACTION

**TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff ARAM ADZHIKOSYAN ("Plaintiff") and Defendant KOLD TRANS, LLC, by and through their attorneys of record, hereby stipulate and agree to dismiss Defendant KOLD TRANS, LLC from this action and to dismiss this entire action pursuant to Fed. R. Civ. P. Rule 41(a)(1) with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**.

Dated: July 14, 2020                    **KAZEROUNI LAW GROUP, APC**

                                        By:   s/ Mona Amini
                                              ABBAS KAZEROUNIAN, ESQ.
                                              MONA AMINI, ESQ.
                                              ATTORNEYS FOR PLAINTIFF

Dated: July 14, 2020                    **SHEPPARD MULLIN RICHTER & HAPMPTON LLP**

                                        By:   s/ Shannon Z. Petersen
                                              SHANNON Z. PETERSEN, ESQ.
                                              LISA S. YUN, ESQ.
                                              ATTORNEYS FOR DEFENDANT
                                              KOLD TRANS, LLC

//
//
//
//
//
//

KAZEROUNI LAW GROUP, APC
245 FISCHER AVE., UNIT D1
COSTA MESA, CA 92626

STIPULATION FOR DISMISSAL OF DEFENDANT KOLD TRANS, LLC AND DISMISSAL OF ACTION

**CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained counsel's authorization to affix his/her electronic signature to this document.

Dated: July 14, 2020                    **KAZEROUNI LAW GROUP, APC**

                                        By:   s/ Mona Amini
                                              ABBAS KAZEROUNIAN, ESQ.
                                              MONA AMINI, ESQ.
                                              ATTORNEYS FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVE., UNIT D1
COSTA MESA, CA 92626

- 3 -

STIPULATION FOR DISMISSAL OF DEFENDANT KOLD TRANS, LLC AND DISMISSAL OF ACTION

**<u>CERTIFICATE OF SERVICE</u>**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is KAZEROUNI LAW GROUP, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On July 15, 2020, I served the within document(s):

**STIPULATION OF DISMISSAL OF DEFENDANT KOLD TRANS, LLC, AND DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS PURSUANT TO F.R.C.P. 41(A)(1); AND [PROPOSED] ORDER**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 15, 2020 at Costa Mesa, California.

By:   s/ Mona Amini
MONA AMINI, ESQ.

KAZEROUNI LAW GROUP, APC
245 FISCHER AVE., UNIT D1
COSTA MESA, CA 92626