JS-6



FILED
CLERK, U.S. DISTRICT COURT

July 15, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARAM ADZHIKOSYAN, individually and on behalf of all others similarly situated,**<br><br>        Plaintiff,<br>vs.<br><br>**CALLFIRE, INC., C.R. ENGLAND, INC., and KOLD TRANS, LLC,,**<br><br>        Defendants. | Case No.: 2:19-CV-00246-PSG-GJS<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] **ORDER RE: STIPULATION FOR DISMISSAL OF DEFENDANT KOLD TRANS, LLC AND DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS PURSUANT TO F.R.C.P. 41(A)(1)**<br><br>Assigned to: Hon. Philip S. Gutierrez |

Having considered the parties' stipulation for dismissal of Defendant KOLD TRANS, LLC as well as dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class pursuant to Fed. R. Civ. P. Rule 41(a)(1), and good cause appearing therefor, the Court hereby orders:

1. Defendant Kold Trans, LLC is dismissed from the above-captioned action and this action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class; and

2. Each of the parties shall bear his/its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: July 15, 2020

_____
Hon. Philip S. Gutierrez
U.S. District Court Judge